## Marsh, et al., Appellants, *v.* Clauhs, et al.

Argued December 3, 1974. *Barbara Wapner Pressman,* with her *Herbert Pressman,* **and** *Pressman & Pressman,* for appellants; *Timothy B. Barnard,* with him *Harvey, Pennington, Herting & Renneisen,* for appellees.

Appeal quashed.

VAN DER VOORT, J., absent.

## Mitchell Plastics, Inc., Appellant, *v.* Kocisko, et al.

Argued November 15, 1974. *Clyde W. Armstrong,* with him *Scott E. Henderson,* and *Thorp, Reed & Armstrong,* for appellant; *Alan N. Bloch,* with him *Flaherty and Bloch,* for appellees.

Order affirmed.